In the Matter of REUBEN E. BECKER, Appellant, against BOARD OF SUPERVISORS OF THE COUNTY OF ERIE et al., Respondents.— Order affirmed, without costs of this appeal to any party.  All concur.  (The order dismisses on the merits a proceeding to review the action of defendants in disallowing petitioner's claim under contract for salary after his alleged unlawful discharge from the office of jailer, to which he had been appointed by the sheriff of Erie County.)  Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of WILLIAM ROSSLEY, as Administrator of the Estate of MICHAEL ROSSLEY, Deceased, Appellant, to Discover Certain Property of Said Deceased.  JULIA WRIGHT et al., Respondents.— Decree affirmed, without costs of this appeal to any party.  All concur, except Dowling, J., who dissents and votes for reversal and for a new hearing on the authority of *Simon* v. *Wheel Chair Home for Incurables* (267 App. Div. 938).  (The decree dismisses the petition in a discovery proceeding.)  Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ALBERT H. EMERICH, as Administrator of the Estate of NORMAN J. EMERICH, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the proof does not show any actionable negligence on the part of the defendant.  (See *Saraceni* v. *Mt. Vernon Trust Co.,* 246 App. Div. 612, affd. 271 N. Y. 514; *Palsgraf* v. *Long Island R. R. Co.,* 248 N. Y. 339.)  All concur, except Cunningham, P. J., and Dowling, J., who dissent and vote for affirmance on the authority of *Bowers* v. *City Bank Farmers Trust Co.* (282 N. Y. 442).  (The judgment is for plaintiff in an action for damages for death of plaintiff's intestate resulting from injuries sustained when he fell from a crossbar on a coal trestle in defendant's railroad yards.  The order denies a motion for a new trial.)  Present — Cunningham, P. J., Taylor, Dowling, Harris, and McCurn, JJ.

BANK OF LANCASTER, Judgment Creditor, Respondent, v. RAYMOND BURLEIGH, SR., et al., as Trustees of Loyal Lodge No. 480, Independent Order of Odd Fellows, Judgment Debtors, Appellants, and CITIZENS NATIONAL BANK OF LANCASTER et al., Impleaded Defendants.— Order affirmed, without costs of this appeal to any party.  All concur.  (The order directs the Citizens National Bank of Lancaster to pay to the Sheriff of Erie County the sum of $1,064.90 and interest accumulations to be applied to partial satisfaction of the judgment herein, in a proceeding to recover money under execution.)  Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ALEX OLSZEWSKI, Respondent, v. MARION OLSZEWSKI, Appellant.— Judgment so far as appealed from reversed on the facts and as a matter of discretion, without costs of this appeal to either party, and matter remitted to the Special Term to take proof as to and to determine therefrom the proper custody of the child.  All concur.  (The portion of the judgment appealed from grants custody of a child of the parties to plaintiff in an action for annulment of a marriage.)  Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.